**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-7172**

───────────

JACKIE EMMITT MOOREHEAD,

          Plaintiff - Appellant,

     v.

PHILLIP E. STOVER,

          Defendant – Appellee,

     and

STAFF MEMBERS OF LUMBERTON CORRECTIONAL INSTITUTION; NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; PAULA SMITH; RON BELL; LATITIA OWENS; JOHN DOES; MARY DOES,

          Defendants.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge. (5:13-ct-03144-F)

───────────

Submitted:  December 15, 2016        Decided:  December 20, 2016

───────────

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jackie Emmitt Moorehead, Appellant Pro Se.  Joseph Finarelli, Special Deputy Attorney General, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jackie Emmitt Moorehead appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moorehead v. Stover, No. 5:13-ct-03144-F (E.D.N.C. Aug. 23, 2016). Moorehead's motions to strike the defendant's affidavit and to impose sanctions are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3